# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 25, 2014

## NO.  03-13-00717-CR

**Danny Rosas Vasquez, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 427TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the order entered by the trial court.  Having reviewed the record and the

parties' arguments, the Court holds that there was no reversible error in the trial court's order.

Therefore, the Court affirms the trial court's order.  The appellant shall pay all costs relating to

this appeal, both in this Court and the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 25, 2014

## NO. 03-13-00718-CR

**Danny Rosas Vasquez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 427TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.